IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAI TOI JOHNSON WILLIAMS,

      Plaintiff,                    No. CIV S-11-1898 EFB

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                ORDER
_____/

      On June 26, 2011, the court ordered plaintiff to, within 14 days, submit documents for service of process to the United States Marshal, and to file a statement with the court that the said documents had been submitted. Dckt. No. 3. As of the date of this order, plaintiff has not complied with this order.

      Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's June 26 order. Plaintiff is warned that failure to comply with this order will result in the dismissal of this case.

      SO ORDERED.

DATED: September 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE