1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GAI TOI JOHNSON WILLIAMS,

11          Plaintiff,                    No. CIV S-11-1898 EFB

12        vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14                                        ORDER AND
            Defendant.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16        On September 19, 2011, the court ordered plaintiff to comply with its June 26, 2011

17   order within 14 days.  Dckt. No. 5.  The court warned plaintiff that failure to comply with the

18   order might result in the dismissal of the case.  The allotted time has passed and plaintiff has

19   failed to comply with the September 19 order.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk shall randomly assign a United

21   States District Judge to this case.

22        It is hereby RECOMMENDED that this case be dismissed for failure to prosecute and the

23   Clerk be directed to close the case.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:  December 13, 2011.

6

7  _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2