IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAI TOI JOHNSON WILLIAMS,

        Plaintiff,                           No. CIV S-11-1898 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                                      ORDER AND
        Defendant.                 FINDINGS AND RECOMMENDATIONS
_____/

On September 19, 2011, the court ordered plaintiff to comply with its June 26, 2011 order within 14 days. Dckt. No. 5. The court warned plaintiff that failure to comply with the order might result in the dismissal of the case. The allotted time has passed and plaintiff has failed to comply with the September 19 order.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall randomly assign a United States District Judge to this case.

It is hereby RECOMMENDED that this case be dismissed for failure to prosecute and the Clerk be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

1 objections with the court and serve a copy on all parties. Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: December 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2