IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAI TOI JOHNSON WILLIAMS,

    Plaintiff,                    No. CIV S-11-1898 JAM EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.               ORDER

_____/

On February 23, 2012, the court dismissed this case for failure to prosecute. Dckt. No. 7. On the same date judgment was entered and the case was closed. Dckt. No. 8. Plaintiff now requests this court reopen the case. Dckt. No. 10. The court construes plaintiff's request as a motion for relief from the February 23, 2012 judgment pursuant to Federal Rule of Civil Procedure 60(b).

Federal Rule of Civil Procedure 60(b)(1) provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect . . . ." Plaintiff contends that she missed this court's deadlines because she is homeless and suffering from depression. She states, however, that she has secured a stable mailing address and will be able to comply with any future deadlines.

The undersigned finds that plaintiff's failure to abide by the court's deadlines due to her living situation and depression constituted excusable neglect. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 5, 2012 motion is granted and the order and judgment are set aside;

2. The Clerk of the Court is directed to reopen the case;

3. The Clerk of the Court is directed to send plaintiff a copy of the magistrate judge's July 26, 2011 order;

4. Within fourteen days from the date of this order, plaintiff shall comply with the magistrate judge's July 26, 2011 order; and

5. Plaintiff is warned that failure to comply with this order will result in dismissal of this case.

DATED: June 14, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE