IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAI TOI JOHNSON WILLIAMS,

      Plaintiff,                        No. 2:11-cv-1898 JAM EFB

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                      FINDINGS AND RECOMMENDATIONS

                                /

On February 23, 2012, this case was dismissed for failure to prosecute. Dckt. No. 7. On the same date judgment was entered and the case was closed. Dckt. No. 8. On March 5, 2012, plaintiff filed a motion for relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b). Dckt. No. 10. The assigned district judge granted the motion and ordered plaintiff to comply with the undersigned's July 26, 2011 order–requiring plaintiff to submit documents for service of process to the United States Marshal– within 14 days. Dckt. No. 12. The district judge warned plaintiff that failure to comply with the order would result in dismissal of this case. *Id*. The allotted time has passed and plaintiff has failed to comply with the July 26, 2011 order.

////

////

1

1    Accordingly, it is RECOMMENDED that this case be dismissed for failure to prosecute
2 and the Clerk be directed to close the case.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: July 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2